MARCIA HURD
E. VINCENT CARROLL
Assistant U.S. Attorneys
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Marcia.Hurd@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.
2010 APR 22 AM 11 09
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DEVIN HALL, Defendant. | CR 10-49-GF-SEH <br><br> **INDICTMENT** <br><br> BURGLARY (Counts I-VIII) <br> Title 18 U.S.C. § 1153(a) and <br> MCA § 45-6-204 <br> (Penalty: 20 imprisonment, $50,000 fine, and three years supervised release) |
|---|---|

1

THE GRAND JURY CHARGES:

## COUNT I

That on approximately March 6, 2010, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained unlawfully in an occupied structure at Unit 48 7th Avenue North, Wolf Point, with the purpose to commit the offense of abusive sexual contact therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT II

That on approximately December 12, 2009, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at 230 Helena Street, Wolf Point, with the purpose to commit the offense of abusive sexual contact therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT III

That on approximately December 12, 2009, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at 205 Helena Street, Wolf Point, with the purpose to commit the offense of theft therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT IV

That on approximately June 28, 2009, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at 102 Prospect Street, Wolf Point, with the purpose to commit the offense of theft therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT V

That on approximately June 28, 2009, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort

Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at 920 Fourth Avenue North, Wolf Point, with the purpose to commit the offense of theft therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT VI

That on approximately June 28, 2009, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at the Red Boy residence, Wolf Point, with the purpose to commit the offense of theft therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT VII

That on approximately May 5, 2008, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at 501 Custer Street, Wolf Point,

with the purpose to commit the offense of abusive sexual contact therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

## COUNT VIII

That on approximately December 30, 2007, at Wolf Point, in the State and District of Montana, and within the exterior boundaries of the Fort Peck Indian Reservation, being Indian Country, the defendant, DEVIN HALL, an Indian person, knowingly and unlawfully entered or remained in an occupied structure at 420 Custer Street, Wolf Point, with the purpose to commit the offense of abusive sexual contact therein, in violation of 18 U.S.C. § 1153(a) and M.C.A. § 45-6-204.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

Crim. Summons _____
Warrant: ✓ _____
Bail: None _____

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff