

**FILED**

MAR 0 2 2017

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DEVIN HALL, <br><br> Defendant. | CR-10-49-GF-BMM-01 <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter February 14, 2017. (Doc. 65.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 24, 2017. (Doc. 65 at 3.) Denny admitted that he violated the conditions of his supervised release.

1

The violations prove serious and warrant revocation of Denny's supervised release. Judge Johnston has recommended that the Court revoke Denny's supervised release and commit Denny to the custody of the Bureau of Prisons for six months. *Id.* at 4. Judge Johnston further has recommended that 24 months of supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Denny's violations of his conditions represent a serious breach of the Court's trust. A sentence of six months custody followed by 24 months supervised release represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 65) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Devin Hall be sentenced to six months custody followed by 24 months of supervised release.

DATED this 1st day of March, 2017.

Brian Morris
United States District Court Judge