# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-10-49-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| DEVIN HALL, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 13, 2017. (Doc. 80.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 12, 2017. (Doc. 79.) The United States accused Hall of violating his conditions of supervised release by failing to report to the probation office within seventy-two hours of his release from imprisonment. (Doc. 70.) Hall admitted the violation of the conditions

1

of his supervised release. (Doc. 80 at 4.) The violation proves serious and warrants revocation of Old Chief's supervised release.

Judge Johnston has recommended that the Court revoke Hall's supervised release and commit Hall to the custody of the Bureau of Prisons for four months. (Doc. 80 at 6.) Judge Johnston further has recommended that 20 months of supervised release follow his custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Hall's violations represent a serious breach of the Court's trust. A sentence custody of four months, followed by 20 months supervised release, is sufficient, but not greater than necessary.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 80) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Devin Hall is sentenced to custody for four months, followed by 20 months supervised release.

DATED this 31st day of October, 2017.

Brian Morris
United States District Court Judge